## St. Paul's Evangelical Lutheran Church
### Projected Income and Expense

|  | Nov-23 | Dec-23 | Jan-24 | |
|---|---:|---:|---:|---:|
| **Revenue** | | | | |
| 1200 BUILDING | 275 | 275 | 275 | |
| 1400 OFFERING INCOME | 27,720 | 31,470 | 26,970 | |
| **Total Revenue** | 27,995 | 31,745 | 27,245 | 86,985 |
| | | | | |
| **Expenditures** | | | | |
| 2101 Pastor | 8,933 | 12,451 | 8,933 | |
| 2251 Director of Music | 0 | 0 | 3,000 | |
| 2281 Office Manager | 4,137 | 5,587 | 4,137 | |
| 2285 Business Coordinator | 1,200 | 1,231 | 821 | |
| 2305 Social Security & Medicare | 408 | 522 | 609 | |
| 3500 WORSHIP | 207 | 207 | 207 | |
| 3600 MUSIC MINSTRY | 1,649 | 2,074 | 574 | |
| 4000 CHRISTIAN EDUCATION | 189 | 0 | 0 | |
| 5000A UTILITIES | 2,826 | 2,826 | 2,826 | |
| 5000C CHURCH MAINTENANCE | 125 | 125 | 425 | |
| 5000E INSURANCE EXPENSE | 1,444 | 1,444 | 1,444 | |
| 5000B OFFICE EXPENSES | 1,442 | 1,692 | 1,442 | |
| 5010 Cleaning Service | 1,105 | 1,105 | 1,105 | |
| **Total Expenditures** | 23,665 | 29,264 | 25,523 | 78,452 |
| | | | | |
| **Net Operating Revenue** | 4,330 | 2,481 | 1,722 | 8,533 |

Estimate

St Paul's Nov 23 - Jan 24 projection          1/1          11/20/2023