UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
LAFFEY BUCCI & KENT LLP
1100 Ludlow St. - Suite 300 / Philadelphia, PA 19107
P: 215-399-9255; E: cvgdteam@laffeybuccikent.com
Attorney for John Doe and Jane Doe, h/w and as parents of James Doe; Kevin Doe and Karen Doe, as parents of Kathryn Doe; Michael Doe and Mary Doe, h/w, and as parents of Margaret Doe; Thomas Doe and Theresa Doe, and as parents of Timothy Doe (Doe Plaintiffs)

In Re:
St. Paul's Evangelical Lutheran Church,

Debtor.

Case No.: 23-19496
Chapter: 11
Judge: CMG

# NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of _____Doe Plaintiffs_____. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  Brian D. Kent, Esq.
LAFFEY BUCCI & KENT, Esq.
1100 Ludlow St.
Suite 300
Philadelphia, PA 19107

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: November 27, 2023

/s/ Brian D. Kent
Signature

*new.8/1/15*