# Business Checking Plus

PNC Bank

**PNCBANK**

**For the Period 12/30/2023 to 01/31/2024**

Primary Account Number: 81-4188-1776
Page 1 of 5
Number of enclosures: 0

ST PAULS EVANGELICAL LUTHERAN #23-19
DEBTOR IN POSSESSION
910 MARNE HWY
HAINESPORT NJ 08036-2666

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
PNC accepts Telecommunications Relay Service (TRS) calls.
Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

Write to: Customer Service
PO Box 609
Pittsburgh, PA  15230-9738

Visit us at PNC.com/smallbusiness

---

## IMPORTANT INFORMATION FOR DEBIT CARD CUSTOMERS

Please review the limits below for PNC debit cards. Effective January 9, 2024, subject to available funds,
your daily ATM withdrawal limits are as follows:

All Business Products (eligible for a debit card):
> ATM Withdrawal: $1,500

## Business Checking Plus Summary

Account number:  81-4188-1776

St Pauls Evangelical Lutheran #23-19
Debtor In Possession

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

---

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 32,108.22 | 61,595.76 | 61,549.76 | 32,154.22 |

| | | Average ledger balance | Average collected balance |
|---|---|---|---|
| | | 33,010.87 | 32,498.08 |

---

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 7 | 12,598.50 |
| ACH Additions | 30 | 13,662.02 |
| Fee Refunds | 1 | 15.50 |
| Other Additions | 4 | 35,319.74 |
| Total | 42 | 61,595.76 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 19 | 7,834.72 |
| Debit Card Purchases | 5 | 3,690.09 |
| POS Purchases | 1 | 113.60 |
| ATM/Misc. Debit Card Transactions | 2 | 68.50 |
| ACH Deductions | 16 | 17,165.86 |
| Service Charges and Fees | 1 | 27.00 |
| Other Deductions | 1 | 32,649.99 |
| Total | 45 | 61,549.76 |

---

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 12/30 | 32,108.22 | 01/02 | 34,287.14 | 01/03 | 34,376.04 |

Daily Balance continued on next page

# Business Checking Plus

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 12/30/2023 to 01/31/2024**
St Pauls Evangelical Lutheran #23-19
Primary Account Number: ████1776
Page 2 of 5

Business Checking Plus Account Number: 81-4188-1776 - continued

## Daily Balance  *- continued*

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 01/04 | 34,805.67 | 01/16 | 33,789.94 | 01/24 | 36,228.73 |
| 01/05 | 33,784.48 | 01/17 | 33,520.66 | 01/25 | 29,625.79 |
| 01/08 | 33,052.48 | 01/18 | 33,670.29 | 01/26 | 29,435.86 |
| 01/09 | 38,016.25 | 01/19 | 33,770.84 | 01/29 | 29,417.24 |
| 01/10 | 37,484.93 | 01/22 | 32,649.99 | 01/30 | 31,998.84 |
| 01/11 | 32,424.40 | 01/23 | 34,809.60 | 01/31 | 32,154.22 |
| 01/12 | 32,421.59 | | | | |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/02 | 1,748.00 | Deposit | 048502843 |
| 01/08 | 386.00 | Deposit | 046844790 |
| 01/09 | 236.00 | Deposit | 050268175 |
| 01/09 | 3,158.00 | Deposit | 050268179 |
| 01/16 | 2,177.50 | Deposit | 047029634 |
| 01/23 | 2,853.50 | Deposit | 049118429 |
| 01/30 | 2,039.50 | Deposit | 050546080 |

#### ACH Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/02 | 3,124.00 | Corporate ACH E.Service Vanco Payment Xx014Yf0Bv1Gne | 00023362011285908 |
| 01/02 | 486.37 | Corporate ACH Merchdep Vanco Payment Xx014Yf1Bv51Z2 | 00023363009018679 |
| 01/03 | 515.10 | Corporate ACH E.Service Vanco Payment Xx014Yf1Bv5Lxe | 00023363009079831 |
| 01/03 | 335.68 | Corporate ACH Merchdep Vanco Payment Xx01559lbvji44 | 00024002010883098 |
| 01/04 | 400.00 | Corporate ACH E.Service Vanco Payment Xx01559lbvl2C8 | 00024002010826674 |
| 01/04 | 29.63 | Corporate ACH Merchdep Vanco Payment Xx01559Jbvnnki | 00024003009727205 |
| 01/05 | 400.55 | Corporate ACH E.Service Vanco Payment Xx01559Jbvo4Wq | 00024003009689481 |
| 01/08 | 395.00 | Corporate ACH E.Service Vanco Payment Xx01559Kbvqro0 | 00024004007537215 |
| 01/09 | 272.02 | Corporate ACH Merchdep Vanco Payment Xx01559Obw3Gck | 00024008012829345 |
| 01/09 | 162.00 | Corporate ACH E.Service Vanco Payment Xx01559Lbvtyp2 | 00024005015263405 |
| 01/10 | 155.38 | Corporate ACH Merchdep Vanco Payment Xx01559Pbw6Y94 | 00024009009365209 |
| 01/11 | 29.63 | Corporate ACH Merchdep Vanco Payment Xx01559Qbw9Slu | 00024010006554496 |

ACH Additions continued on next page

# Business Checking Plus

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 12/30/2023 to 01/31/2024**
St Pauls Evangelical Lutheran #23-19
Primary Account Number: ●●●●●●-1776
Page 3 of 5

Business Checking Plus Account Number: 81-4188-1776 - continued

## ACH Additions     - continued

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/12 | 45.00 | Corporate ACH E.Service Vanco Payment Xx01559Qbwa5Ps | 00024010006662649 |
| 01/16 | 3,382.00 | Corporate ACH E.Service Vanco Payment Xx01559Rbwdatg | 00024011014233994 |
| 01/16 | 38.56 | Corporate ACH Merchdep Vanco Payment Xx01559Sbwg3Ww | 00024012011521328 |
| 01/17 | 1,098.72 | Corporate ACH Merchdep Vanco Payment Xx01559Wbwr1Kq | 00024016011978418 |
| 01/18 | 120.00 | Corporate ACH E.Service Vanco Payment Xx01559Wbwrybc | 00024016012038007 |
| 01/18 | 29.63 | Corporate ACH Merchdep Vanco Payment Xx01559Xbwursa | 00024017011787005 |
| 01/19 | 100.55 | Corporate ACH E.Service Vanco Payment Xx01559Xbwvfqw | 00024017011881319 |
| 01/22 | 495.00 | Corporate ACH E.Service Vanco Payment Xx01559Ybwzbcm | 00024018008681889 |
| 01/23 | 162.00 | Corporate ACH E.Service Vanco Payment Xx01559Zbx3Aks | 00024019005868265 |
| 01/23 | 102.71 | Corporate ACH Merchdep Vanco Payment Xx0155A2Bxe02E | 00024022013130880 |
| 01/24 | 285.00 | Corporate ACH E.Service Vanco Payment Xx0155A2Bxevbo | 00024022013102609 |
| 01/24 | 155.38 | Corporate ACH Merchdep Vanco Payment Xx0155A3Bxhcos | 00024023009381173 |
| 01/25 | 29.63 | Corporate ACH Merchdep Vanco Payment Xx0155A4Bxk8Tg | 00024024005909780 |
| 01/26 | 45.00 | Corporate ACH E.Service Vanco Payment Xx0155A4Bxksdc | 00024024005860745 |
| 01/29 | 395.00 | Corporate ACH E.Service Vanco Payment Xx0155A5Bxnzd0 | 00024025011957710 |
| 01/30 | 555.10 | Corporate ACH Merchdep Vanco Payment Xx0155A9Bxyr16 | 00024029008405482 |
| 01/30 | 162.00 | Corporate ACH E.Service Vanco Payment Xx0155A6Bxqr8U | 00024026009355684 |
| 01/31 | 155.38 | Corporate ACH Merchdep Vanco Payment Xx0155Aaby2Op5 | 00024030015702066 |

## Fee Refunds

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/03 | 15.50 | Service Charge Period Ending 1 Adjustmen Effective  12-01-23 | |

## Other Additions

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 01/09 | 1,330.00 | Online Transfer From | 0000008137788552 | ST PAULS EVANGE |
| 01/22 | 271.00 | Online Transfer From | 0000008137788552 | ST PAULS EVANGE |
| 01/23 | 32,649.99 | Trnsfr To Business Checking Plus | | I-GEN124012300009416 |

Other Additions continued on next page

# Business Checking Plus

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 12/30/2023 to 01/31/2024**
St Pauls Evangelical Lutheran #23-19
Primary Account Number: ▬▬-1776
Page 4 of 5

Business Checking Plus Account Number: 81-4188-1776 - continued

## Other Additions  - continued

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 01/24 | 1,068.75 | Online Transfer From | 0000008137788552 | ST PAULS EVANGE |

## Checks and Other Deductions

### Checks and Substitute Checks     * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/03 | 1030 * | 671.14 | 012883914 | 01/09 | 1051 | 90.00 | 016667063 | 01/17 | 1057 | 325.00 | 010609453 |
| 01/02 | 1042 * | 175.00 | 011623300 | 01/10 | 1052 | 175.50 | 017867230 | 01/22 | 1058 | 1,500.00 | 012291046 |
| 01/02 | 1043 | 1,500.00 | 011826530 | 01/29 | 1053 | 15.02 | 017187090 | 01/26 | 1059 | 192.76 | 016108877 |
| 01/16 | 1047 * | 150.00 | 009466654 | 01/17 | 1054 | 1,043.00 | 010531740 | 01/29 | 1061 * | 160.00 | 048756281 |
| 01/10 | 1048 | 511.20 | 017897295 | 01/22 | 1055 | 386.85 | 012681548 | 01/29 | 1062 | 125.00 | 017391997 |
| 01/09 | 1049 | 104.25 | 049136609 | 01/16 | 1056 | 210.00 | 009620110 | 01/30 | 1063 | 175.00 | 017908535 |
| 01/08 | 1050 | 325.00 | 015319642 | | | | | | | | |

### Debit Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/05 | 1,330.00 | 1954 Debit Card Purchase Shoprite Hainsport Hainesport  NJ | 37590970067671954005 |
| 01/08 | 1,188.00 | 3538 Debit Card Purchase Giv*Church Streaming 877-4172936 Tn | 02684970018353538007 |
| 01/16 | 13.34 | 3538 Debit Card Purchase Staples Inc  staples.c | 23740970018353538015 |
| 01/24 | 90.00 | 3538 Debit Card Purchase Association Of Luthera 219-5482526 In | 74209970018353538024 |
| 01/25 | 1,068.75 | 1954 Debit Card Purchase Shoprite Hainsport Hainesport  NJ | 99198970067671954025 |

### POS Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/29 | 113.60 | POS Purchase USPS PO 333300 Hainesport NJ | POS99999999  4081457 |

### ATM/Misc. Debit Card Transactions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/02 | 30.00 | 3538 Recurring Debit Card Google*Gsuite Stpauls CC Google.C Ca | 46272970018353538002 |
| 01/16 | 38.50 | 1954 Recurring Debit Card Intuit *Qbooks Online Cl.Intuit.C Ca | 33554970067671954014 |

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/02 | 1,201.69 | ACH Debit Billpay CM Select Insura Church Mutual I | 00024002003123012 |
| 01/02 | 148.89 | ACH Debit Billpay CM Select Insura Church Mutual I | 00024002003123013 |
| 01/02 | 96.87 | ACH Debit Billpay CM Select Insura Church Mutual I | 00024002003123011 |
| 01/03 | 96.62 | Corporate ACH Officeprod Wbmasoncompany 6293658 | 00024002005486759 |
| 01/03 | 9.62 | ACH Debit Pseg Public Service XXXXXXXX3406 | 00024002010960468 |
| 01/05 | 91.74 | ACH Debit Payment New Jersey - Ame XXXXXXXX2524 | 00024004007521094 |
| 01/11 | 4,035.74 | Corporate ACH Payroll Paychex Inc. Hmrzmcw35572avo | 00024010004420468 |
| 01/11 | 1,054.42 | Corporate ACH Taxes Paychex Tps 05574000008810X | 00024010004430941 |

ACH Deductions continued on next page

# Business Checking Plus

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 12/30/2023 to 01/31/2024**
St Pauls Evangelical Lutheran #23-19
Primary Account Number: ▓▓▓▓▓▓-1776
Page 5 of 5

Business Checking Plus Account Number: 81-4188-1776 - continued

## ACH Deductions    - continued

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/12 | 47.81 | Corporate ACH Invoice Paychex Eib X05603100044835 | 00024011010549434 |
| 01/16 | 3,746.82 | Corporate ACH 8003522876 Portico Benefit 2Rydza693Ys01Rj | 00024012011574094 |
| 01/16 | 71.05 | Corporate ACH Invoice Vanco Payment Xi0D559R17Uu6 | 00024012008531823 |
| 01/23 | 958.60 | ACH Debit Pseg Public Service XXXXXXXX7400 | 00024022014110401 |
| 01/25 | 4,255.74 | Corporate ACH Payroll Paychex Inc. tsuqag6om2Lujkv | 00024024001600579 |
| 01/25 | 1,094.92 | Corporate ACH Taxes Paychex Tps 05873600016757X | 00024024001531161 |
| 01/25 | 213.16 | ACH Web-Recur Paymentrec Verizon 7521171610001 | 00024024005806317 |
| 01/26 | 42.17 | Corporate ACH Invoice Paychex Eib X05898600027145 | 00024025009204792 |

## Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/02 | 27.00 | Service Charge Period Ending 12/29/2023 | |

## Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/23 | 32,649.99 | Trnsfr Fr Business Checking | I-GEN124012300009415 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 02/01/2024 and will appear on your next statement as a single line item entitled Service Charge Period Ending 01/31/2024.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Combined Transactions | 180 | .00 | Included in Account |
| ACH Credits | 30 | .00 | |
| ACH Debits | 16 | .00 | |
| Checks Paid | 19 | .00 | |
| Deposited Item - Consolidated | 108 | .00 | |
| Deposit Tickets Processed | 7 | .00 | |
| Branch - Consolidated Cash Deposited | 15 | .00 | Included in Account |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

## Business Checking Plus - Maintenance Fee Relationship Pricing

These accounts were reviewed to meet the balance requirement and offset the monthly account maintenance fee for your Business Checking Plus account. *If the Met/Not Met Status reflects "No Fee", your most recent credit card statement balance is not reflected and you will not be charged the Maintenance Fee for this statement cycle.

| Account Type | Ending In | Condition | As of | Balance | Met/Not Met |
|---|---|---|---|---|---|
| Business Checking Plus | ....1776 | This Cycle Avg Balance | 01/31/24 | 32,498.08 | Met |
| Business Checking Plus | ....1776 | This Cycle Avg Balance | 01/31/24 | 32,498.08 | |
| Combined Deposits | | | | 32,498.08 | Met |
| Credit Card | ....0372 | Recent Cycle Purchases | 01/15/24 | 8.50 | |
| Combined PNC Bus. Credit Cards | | | | 8.50 | Not Met |

Member FDIC                              Equal Housing Lender