St. Paul's Evangelical Lutheran Church

**New Parish, Period Ending 01/31/2024**

**RECONCILIATION REPORT**

Reconciled on: 02/10/2024

Reconciled by: Ken Hibbert

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 32,108.22 |
| Service charge | -27.00 |
| Checks and payments cleared (43) | -28,872.77 |
| Deposits and other credits cleared (41) | 28,945.77 |
| Statement ending balance | 32,154.22 |
| | |
| Uncleared transactions as of 01/31/2024 | -4,494.75 |
| Register balance as of 01/31/2024 | 27,659.47 |
| Cleared transactions after 01/31/2024 | 0.00 |
| Uncleared transactions after 01/31/2024 | -13,778.90 |
| Register balance as of 02/10/2024 | 13,880.57 |

**Details**

Checks and payments cleared (43)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/01/2023 | Bill Payment | 1030 | A Clear Alternative, Inc | -671.14 |
| 12/21/2023 | Check | 1047 | Christina Pinto | -150.00 |
| 12/21/2023 | Check | 1043 | Chesterfield Electric & HVAC | -1,500.00 |
| 12/21/2023 | Check | 1042 | Myra Sparks | -175.00 |
| 12/27/2023 | Check | 1051 | Bill Fiore | -90.00 |
| 12/31/2023 | Check | 1050 | Alex Borello | -325.00 |
| 12/31/2023 | Check | 1049 | Abbott Church Goods, Inc. | -104.25 |
| 01/01/2024 | Bill Payment | EFT | Church Mutual Insurance | -96.87 |
| 01/01/2024 | Check | 1048 | Huffman Farms and Greenho… | -511.20 |
| 01/01/2024 | Bill Payment | 1052 | B Safe LLC | -175.50 |
| 01/01/2024 | Bill Payment | EFT | W.B. Mason Co., Inc. | -96.62 |
| 01/01/2024 | Bill Payment | EFT | Church Mutual Insurance | -148.89 |
| 01/01/2024 | Bill Payment | EFT | Church Mutual Insurance | -1,201.69 |
| 01/02/2024 | Bill Payment | Debit | Google | -30.00 |
| 01/02/2024 | Bill Payment | EFT | PSE&G 06 | -9.62 |
| 01/03/2024 | Check | Debit | ShopRite | -1,330.00 |
| 01/03/2024 | Check | 1053 | Ken Steel | -15.02 |
| 01/05/2024 | Bill Payment | EFT | New Jersey American Water(9… | -91.74 |
| 01/05/2024 | Check | Debit | ChurchStreaming | -1,188.00 |
| 01/08/2024 | Bill Payment | 1056 | Hollow Tree, LLC | -210.00 |
| 01/08/2024 | Bill Payment | 1055 | A Clear Alternative, Inc | -386.85 |
| 01/08/2024 | Bill Payment | 1054 | Mac's Janitorial Services | -1,043.00 |
| 01/09/2024 | Bill Payment | 1057 | New Jersey Synod ELCA | -325.00 |
| 01/12/2024 | Check | Debit | Intuit | -38.50 |
| 01/12/2024 | Check | EFT | Paychex | -4,035.74 |
| 01/12/2024 | Bill Payment | EFT | Portico Benefit Services | -3,746.82 |
| 01/12/2024 | Check | EFT | Paychex | -47.81 |
| 01/12/2024 | Check | EFT | Paychex Taxes | -1,054.42 |
| 01/15/2024 | Check | 1058 | Piano Dudes LLC | -1,500.00 |
| 01/16/2024 | Check | Debit | Staples | -13.34 |
| 01/16/2024 | Bill Payment | Debit | Vanco e.service | -71.05 |
| 01/20/2024 | Check | Debit | Assoc. of Lutheran Church M… | -90.00 |
| 01/20/2024 | Check | 1059 | Networks Plus | -192.76 |
| 01/22/2024 | Bill Payment | EFT | PSE&G 00 | -958.60 |
| 01/23/2024 | Check | 1063 | Myra Sparks | -175.00 |
| 01/23/2024 | Check | Debit | ShopRite | -1,068.75 |
| 01/23/2024 | Check | 1061 | Ryan Property Solutions, LLC | -160.00 |
| 01/23/2024 | Check | 1062 | Louis C Flacche Piano and G… | -125.00 |
| 01/24/2024 | Bill Payment | EFT | Verizon Phone Service | -213.16 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/26/2024 | Check | EFT | Paychex | -42.17 |
| 01/26/2024 | Check | | Paychex | -4,255.74 |
| 01/26/2024 | Check | EFT | Paychex Taxes | -1,094.92 |
| 01/29/2024 | Check | Debit | USPS | -113.60 |

| Total | | | | -28,872.77 |
|---|---|---|---|---|

**Deposits and other credits cleared (41)**

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/02/2024 | Deposit | | Offering | 1,748.00 |
| 01/02/2024 | Deposit | | Simply Giving | 486.37 |
| 01/02/2024 | Deposit | | Simply Giving | 3,124.00 |
| 01/03/2024 | Deposit | | Simply Giving | 515.10 |
| 01/03/2024 | Deposit | | Simply Giving | 335.68 |
| 01/03/2024 | Deposit | | | 15.50 |
| 01/04/2024 | Deposit | | Simply Giving | 400.00 |
| 01/04/2024 | Deposit | | Simply Giving | 29.63 |
| 01/05/2024 | Deposit | | Simply Giving | 400.55 |
| 01/08/2024 | Deposit | | Simply Giving | 395.00 |
| 01/08/2024 | Deposit | | | 386.00 |
| 01/09/2024 | Deposit | | | 1,330.00 |
| 01/09/2024 | Deposit | | Offering | 236.00 |
| 01/09/2024 | Deposit | | Offering | 3,158.00 |
| 01/09/2024 | Deposit | | Simply Giving | 272.02 |
| 01/09/2024 | Deposit | | Simply Giving | 162.00 |
| 01/10/2024 | Deposit | | Simply Giving | 155.38 |
| 01/11/2024 | Deposit | | Simply Giving | 29.63 |
| 01/12/2024 | Deposit | | Simply Giving | 45.00 |
| 01/14/2024 | Deposit | | | 271.00 |
| 01/16/2024 | Deposit | | Simply Giving | 3,382.00 |
| 01/16/2024 | Deposit | | Offering | 2,177.50 |
| 01/16/2024 | Deposit | | Simply Giving | 38.56 |
| 01/17/2024 | Deposit | | Simply Giving | 1,098.72 |
| 01/18/2024 | Deposit | | Simply Giving | 120.00 |
| 01/18/2024 | Deposit | | Simply Giving | 29.63 |
| 01/19/2024 | Deposit | | Simply Giving | 100.55 |
| 01/22/2024 | Deposit | | Simply Giving | 495.00 |
| 01/23/2024 | Deposit | | | 1,068.75 |
| 01/23/2024 | Deposit | | Offering | 2,853.50 |
| 01/23/2024 | Deposit | | Simply Giving | 162.00 |
| 01/23/2024 | Deposit | | Simply Giving | 102.71 |
| 01/24/2024 | Deposit | | Simply Giving | 155.38 |
| 01/24/2024 | Deposit | | Simply Giving | 285.00 |
| 01/25/2024 | Deposit | | Simply Giving | 29.63 |
| 01/26/2024 | Deposit | | Simply Giving | 45.00 |
| 01/29/2024 | Deposit | | Simply Giving | 395.00 |
| 01/30/2024 | Deposit | | Simply Giving | 555.10 |
| 01/30/2024 | Deposit | | Offering | 2,039.50 |
| 01/30/2024 | Deposit | | Simply Giving | 162.00 |
| 01/31/2024 | Deposit | | Simply Giving | 155.38 |

| Total | | | | 28,945.77 |
|---|---|---|---|---|

**Additional Information**

Uncleared checks and payments as of 01/31/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 11/30/2023 | Check | EFT | Verizon Phone Service | -213.18 |
| 01/04/2024 | Bill Payment | EFT | PSE&G 07 | -4.95 |
| 01/20/2024 | Check | Debit | Intuit | -18.96 |
| 01/23/2024 | Check | 1060 | Canon Financial Services, Inc. | -353.41 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/24/2024 | Check | 1064 | Patrick J Murphy & Assoc, Inc | -525.00 |
| 01/24/2024 | Check | 1065 | Ryan Property Solutions, LLC | -990.00 |
| 01/26/2024 | Check | 1067 | Mount Holly MUA | -25.00 |
| 01/27/2024 | Check | 1068 | Mount Holly MUA | -184.35 |
| 01/30/2024 | Check | 1069 | Church Budget Envelope Co… | -679.90 |
| 01/30/2024 | Check | 1070 | Piano Dudes LLC | -1,500.00 |

| Total | | | | -4,494.75 |
|---|---|---|---|---|

Uncleared checks and payments after 01/31/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/01/2024 | Bill Payment | EFT | Church Mutual Insurance | -1,201.69 |
| 02/01/2024 | Bill Payment | EFT | Church Mutual Insurance | -148.89 |
| 02/01/2024 | Bill Payment | EFT | Church Mutual Insurance | -96.87 |
| 02/01/2024 | Bill Payment | Debit | Google | -30.00 |
| 02/01/2024 | Check | Debit | Amazon | -18.89 |
| 02/02/2024 | Check | Debit | ShopRite | -4.49 |
| 02/05/2024 | Bill Payment | EFT | PSE&G 00 | -1,968.76 |
| 02/05/2024 | Check | Debit | Acme | -4.69 |
| 02/05/2024 | Bill Payment | 1071 | Mac's Janitorial Services | -1,022.50 |
| 02/05/2024 | Bill Payment | 1072 | A Clear Alternative, Inc | -290.47 |
| 02/05/2024 | Bill Payment | EFT | PSE&G 06 | -10.27 |
| 02/06/2024 | Check | 1074 | 1517 Media | -529.00 |
| 02/06/2024 | Check | 1073 | Myra Sparks | -175.00 |
| 02/07/2024 | Bill Payment | EFT | New Jersey American Water(9… | -74.41 |
| 02/07/2024 | Bill Payment | EFT | PSE&G 07 | -9.90 |
| 02/09/2024 | Check | EFT | Paychex Taxes | -1,112.25 |
| 02/09/2024 | Check | EFT | Paychex | -4,333.93 |
| 02/09/2024 | Bill Payment | EFT | Republic Services of NJ Inc | -182.64 |
| 02/09/2024 | Check | EFT | Paychex | -42.17 |
| 02/10/2024 | Bill Payment | 1075 | Hollow Tree, LLC | -280.00 |
| 02/12/2024 | Bill Payment | EFT | Portico Benefit Services | -3,818.27 |
| 02/15/2024 | Bill Payment | EFT | Vanco e.service | -73.54 |
| 03/01/2024 | Bill Payment | EFT | Church Mutual Insurance | -148.89 |
| 03/01/2024 | Bill Payment | EFT | Church Mutual Insurance | -1,201.69 |
| 03/01/2024 | Bill Payment | EFT | Church Mutual Insurance | -96.87 |

| Total | | | | -16,876.08 |
|---|---|---|---|---|

Uncleared deposits and other credits after 01/31/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/01/2024 | Deposit | | Simply Giving | 2,967.00 |
| 02/01/2024 | Deposit | | Simply Giving | 29.63 |
| 02/02/2024 | Deposit | | Simply Giving | 100.55 |

| Total | | | | 3,097.18 |
|---|---|---|---|---|