# Non-Profit Checking

PNC Bank

**PNC BANK**

**For the Period 12/30/2023 to 01/31/2024**

Primary Account Number: 8█-████-8552
Page 1 of 2
Number of enclosures: 0

ST PAULS EVANGELICAL LUTHERAN #23-19
DEBTOR IN POSSESSION
910 MARNE HWY
HAINESPORT NJ 08036-2666

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
PNC accepts Telecommunications Relay Service (TRS) calls.
Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

Write to:  Customer Service
PO Box 609
Pittsburgh, PA  15230-9738

Visit us at PNC.com/smallbusiness

---

IMPORTANT INFORMATION FOR DEBIT CARD CUSTOMERS

Please review the limits below for PNC debit cards. Effective January 9, 2024, subject to available funds,
your daily ATM withdrawal limits are as follows:

All Business Products (eligible for a debit card):
> ATM Withdrawal: $1,500

## Non-Profit Checking Summary

Account number:  81-3778-8552

St Pauls Evangelical Lutheran #23-19
Debtor In Possession

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

## Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 14,833.26 | 3,208.00 | 5,612.36 | 12,428.90 |

| | | | Average ledger balance | Average collected balance |
|---|---|---|---|---|
| | | | 13,595.98 | 13,499.01 |

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 4 | 3,060.00 |
| ACH Additions | 1 | 148.00 |
| Total | 5 | 3,208.00 |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 1 | 1,500.00 |
| ACH Deductions | 1 | 1,442.61 |
| Other Deductions | 3 | 2,669.75 |
| Total | 5 | 5,612.36 |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 12/30 | 14,833.26 | 01/16 | 14,633.65 | 01/23 | 13,062.65 |
| 01/08 | 14,981.26 | 01/17 | 13,133.65 | 01/24 | 11,993.90 |
| 01/09 | 14,701.26 | 01/22 | 12,862.65 | 01/30 | 12,428.90 |
| 01/12 | 13,258.65 | | | | |

# Non-Profit Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 12/30/2023 to 01/31/2024**
St Pauls Evangelical Lutheran #23-19
Primary Account Number: ████-8552
Page 2 of 2

Non-Profit Checking Account Number: 81-3778-8552 - continued

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/09 | 1,050.00 | Deposit | 050268170 |
| 01/16 | 1,375.00 | Deposit | 047029631 |
| 01/23 | 200.00 | Deposit | 049118428 |
| 01/30 | 435.00 | Deposit | 050546101 |

#### ACH Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/08 | 148.00 | Corporate ACH Payment Thrivent Grant Tflpmt006904242 | 00024008007593009 |

### Checks and Other Deductions

#### Checks and Substitute Checks

| Date posted | Check number | Amount | Reference number |
|---|---|---|---|
| 01/17 | 1006 * | 1,500.00 | 081731598 |

#### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/12 | 1,442.61 | Corporate ACH Raiseright Raiseright 038048I24646086 | 00024011015664866 |

#### Other Deductions

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 01/09 | 1,330.00 | Online Transfer To | 0000008141881776 | ST PAULS EVA00031211 |
| 01/22 | 271.00 | Online Transfer To | 0000008141881776 | ST PAULS EVA00080602 |
| 01/24 | 1,068.75 | Online Transfer To | 0000008141881776 | ST PAULS EVA00032618 |

### Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 02/01/2024 and will appear on your next statement as a single line item entitled Service Charge Period Ending 01/31/2024.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Combined Transactions | 15 | .00 | Included in Account |
| ACH Credits | 1 | .00 | |
| ACH Debits | 1 | .00 | |
| Checks Paid | 1 | .00 | |
| Deposited Item - Consolidated | 8 | .00 | |
| Deposit Tickets Processed | 4 | .00 | |
| Branch - Consolidated Cash Deposited | 4 | .00 | Included in Account |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

Member FDIC                    Equal Housing Lender