St. Paul's Memorial Account

**New Memorial, Period Ending 01/31/2024**

**RECONCILIATION REPORT**

Reconciled on: 02/10/2024

Reconciled by: Ken Hibbert

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 14,833.26 |
| Checks and payments cleared (5) | -5,612.36 |
| Deposits and other credits cleared (5) | 3,208.00 |
| Statement ending balance | 12,428.90 |
| | |
| Uncleared transactions as of 01/31/2024 | -285.16 |
| Register balance as of 01/31/2024 | 12,143.74 |
| Cleared transactions after 01/31/2024 | 0.00 |
| Uncleared transactions after 01/31/2024 | -770.00 |
| Register balance as of 02/10/2024 | 11,373.74 |

**Details**

Checks and payments cleared (5)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/03/2024 | Check | Transfer | St. Paul's Lutheran Church | -1,330.00 |
| 01/09/2024 | Bill Payment | 1006 | Green House Graphix | -1,500.00 |
| 01/11/2024 | Check | EFT | RaiseRight | -1,442.61 |
| 01/14/2024 | Bill Payment | Transfer | St. Paul's Lutheran Church | -271.00 |
| 01/23/2024 | Check | Transfer | St. Paul's Lutheran Church | -1,068.75 |
| Total | | | | -5,612.36 |

Deposits and other credits cleared (5)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/08/2024 | Deposit | | | 148.00 |
| 01/09/2024 | Deposit | | | 1,050.00 |
| 01/16/2024 | Deposit | | | 1,375.00 |
| 01/23/2024 | Deposit | | | 200.00 |
| 01/30/2024 | Deposit | | | 435.00 |
| Total | | | | 3,208.00 |

**Additional Information**

Uncleared checks and payments as of 01/31/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/26/2024 | Check | 1007 | Uline | -285.16 |
| Total | | | | -285.16 |

Uncleared checks and payments after 01/31/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/06/2024 | Check | 1008 | Mateos Restaurant | -770.00 |
| Total | | | | -770.00 |