# Premium Business Money Market

PNC Bank

**A PNC BANK**

**For the Period 12/30/2023 to 01/31/2024**

Primary Account Number: ████-2555
Page 1 of 2
Number of enclosures: 0

ST PAULS EVANGELICAL LUTHERAN
DEBTOR IN POSSESSION
910 MARNE HWY
HAINESPORT NJ 08036-2666

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
PNC accepts Telecommunications Relay Service (TRS) calls.
Para servicio en espanol, 1-877-BUS-BNKG

**Moving?**  Please contact your local branch

Write to:  Customer Service
PO Box 609
Pittsburgh, PA  15230-9738
Visit us at PNC.com/smallbusiness

---

## IMPORTANT INFORMATION FOR DEBIT CARD CUSTOMERS

Please review the limits below for PNC debit cards. Effective January 9, 2024, subject to available funds, your daily ATM withdrawal limits are as follows:

All Business Products (eligible for a debit card):
> ATM Withdrawal: $1,500

## Premium Business Money Market Summary

St Pauls Evangelical Lutheran
Debtor In Possession

Account number:  81-4357-2555

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 12,618.22 | .12 | .00 | 12,618.34 |
| | | Average ledger balance | Average collected balance | |
| | | 12,618.22 | 12,618.22 | |

### Interest Summary

| | Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest paid this period | Interest paid year-to-date |
|---|---|---|---|---|---|
| | 0.01 | 33 | 12,618.22 | .12 | .12 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Other Additions | 1 | .12 |
| Total | 1 | .12 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Total | 0 | .00 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|
| 12/30 | 12,618.22 | 01/31 | 12,618.34 |

## Activity Detail

### Deposits and Other Additions

#### Other Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/31 | .12 | Interest Payment | I-GEN124013100051604 |

# Premium Business Money Market

For 24-hour account information, sign-on to

pnc.com/mybusiness/

Premium Business Money Market Account Number: 81-4357-2555 - continued

**For the Period 12/30/2023 to 01/31/2024**

St Pauls Evangelical Lutheran

Primary Account Number: ████-2555

Page 2 of 2

## Detail of Services Used During Current Period

Note:  The total charge for the following services will be posted to your account on 02/01/2024 and will appear on your next statement as a single line item entitled Service Charge Period Ending 01/31/2024.

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Waived - New Customer Period |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

Member FDIC                                    🏠 Equal Housing Lender